CASE CLOSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT D. MARTENS, SR.,** | Case No. 2:19-cv-02971 (MCA) (LDW) |
| **Plaintiff(s),** | |
| vs. | Civil Action |
| **BAE SYSTEMS, INC.,** Individually and as successor in interest to Kearfott Corporation, et al.; | |
| **Defendant(s).** | |

## ORDER

Upon consideration of Defendant Pneumo Abex, LLC, successor in Interest to Abex Corporation's Emergency Motion to Withdraw Notice of Removal, the MOTION is hereby GRANTED and it is further ORDERED that this matter is REMANDED back to the New Jersey Superior Court, all parties to bear their own costs.

2/8/19

BY THE COURT:

_____
Hon. Madeline Cox Arleo, U.S.M.J.