UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

ROBERT D MARTENS, SR

                              Plaintiff,

v.                                       Case No.: 2:19–cv–02971–MCA–LDW
                                        Judge Madeline Cox Arleo

PNEUMO ABEX, LLC, et al.

                              Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–00868–19

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                      Very truly yours,

                                                      William T. Walsh, Clerk
                                                      By Deputy Clerk, dam

encl.
cc: All Counsel